Jon R. Parsons (Cal. State Bar No. 88045)
JON R. PARSONS LAW FIRM
2225 East Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone:     (650) 321-8579
Email: jon@jrplaw.com

Attorney for Plaintiff Gregory Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY ANDERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YAHOO!, Inc., a Delaware corporation,<br><br>Defendant, | CASE NO.    [3]<br><br><br>CERTIFICATION OF INTERESTED<br>ENTITIES OR PERSONS BY PLAINTIFF |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 1, 2016.                    Jon R. Parsons Law Firm

Jon R. Parsons
Attorney for Plaintiff

PLAINTIFF ANDERSON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS