UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDERSON, et al.,<br>    Plaintiffs,<br>  v.<br>YAHOO! INC.,<br>    Defendant. | Case No. 16-cv-00527 NC<br><br>**JUDGMENT** |

In accordance with the Court's November 8, 2017, order granting summary judgment as to plaintiff Anderson, judgment is entered in favor of defendant and against Anderson with respect to all claims asserted in the complaint.

The clerk is ordered to terminate case no. 16-cv-00527 NC.

**IT IS SO ORDERED.**

Dated:  March 8, 2018                                  _____
                                                                        NATHANAEL M. COUSINS
                                                                        United States Magistrate Judge

Case No. 16-cv-00527 NC