Hideaki Sano – SBN 248058
Salvatore Prescott & Porter, PLLC
105 E. Main Street
Northville, MI 48167
Telephone: (248) 679-8711
Facsimile: (248) 773-7280
E-mail: sano@spplawyers.com
Attorney for Plaintiff Gregory Anderson

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ANDERSON and SCOTT ARD, <br><br> Plaintiffs, <br><br> v. <br><br> YAHOO! INC., a Deleware Corporation, <br><br> Defendant. | **Case No. 16-cv-00527 NC** <br><br> **APPEARANCE OF COUNSEL** |

1

## APPEARANCE OF COUNSEL

**TO:   Clerk of the Court and all parties of record**

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff, Gregory Anderson.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 5, 2018 | /s/ Hideaki Sano |
|  | Hideaki Sano - SBN 248058 |
|  | Salvatore Prescott & Porter, PLLC |
|  | 105 E. Main Street |
|  | Northville, MI 48167 |
|  | (248) 679-8711 |
|  | Fax: (248) 773-7280 |
|  | sano@spplawyers.com |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY ANDERSON and SCOTT ARD,

Plaintiffs,

v.

YAHOO! INC., a Deleware Corporation,

Defendant.

**Case No. 16-cv-00527 NC**

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 105 E. Main Street, Northville, MI 48167.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF APPEARANCE OF COUNSEL**

on the following parties by electronically filing the foregoing with the Clerk of the U.S. D.C. using its CM/ECF System, which electronically notifies them.

**Jon Richard Parsons**
Jon R. Parsons Law Firm
2225 E Bayshore Road
Suite 210
Palo Alto, CA 94303
650-321-8579
Fax: 650-321-7929
Jon@jrplaw.com

**Amelia Louise Sanchez-Moran**
Morgan, Lewis & Bockius LLP
One Market Spear Street Tower
San Francisco, CA 94105
415-442-1000
Fax: 415-442-1001
Amelia.sanchez-moran@morganlewis.com

**Melinda S. Reichert**
Morgan Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
(650) 843-4000
Fax: (650) 843-4001
Melinda.riechert@morganlewis.com

**Lyndsey Marie Marcelino**
Coblentz Patch Duffy & Bass
One Montgomery Street
Suite 3000
San Francsico, CA 94104
415-391-4800
Ef-lmm@cpdb.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2018.

/s/ Hidaeki Sano
Hideaki Sano
Attorney for Plaintiff Anderson