Name: Hideaki Sano
Address: 105 East Main Street
City, State, Zip: Northville, MI 48167
Phone: (248) 679-8711
Fax: (248) 773-7280
E-Mail: sano@spplawyers.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDERSON, et al. | CASE NUMBER: |
| PLAINTIFF(S), | 16-cv-00527 NC |
| v. | |
| YAHOO! INC., | NOTICE OF APPEAL AND REPRESENTATION STATEMENT |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _Gregory Anderson_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
March 8, 2018 Judgment in favor of
Defendant and against Gregory Anderson

☐ Other (specify):

Imposed or Filed on _March 8, 2018_. Entered on the docket in this action on _March 8, 2018_.

A copy of said judgment or order is attached hereto as Exhibit A.

4/5/2018                         /s/ Hideaki Sano
Date                             Signature
                                 ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

Hideaki Sano – SBN 248058
Salvatore Prescott & Porter, PLLC
105 E. Main Street
Northville, MI 48167
Telephone: (248) 679-8711
Facsimile: (248) 773-7280
E-mail: sano@spplawyers.com
Attorney for Plaintiff Gregory Anderson

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDERSON and SCOTT ARD, <br><br> Plaintiffs, <br><br> v. <br><br> YAHOO! INC., a Deleware Corporation, <br><br> Defendant. | **Case No. 16-cv-00527 NC** <br><br> **PLAINTIFF GREGORY ANDERSON'S REPRESENTATION STATEMENT** |

1

NOTICE OF APPEAL AND REPRESENTATION STATEMENT 16-CV-00527 NC

## REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant Gregory Anderson, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant-Appellant Gregory Anderson | **Hideaki Sano**<br>Salvatore Prescott & Porter, PLLC<br>105 E. Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>Fax: (248) 773-7280<br>sano@spplawyers.com |
| Plaintiff Scott Ard | **Jon Richard Parsons**<br>Jon R. Parsons Law Firm<br>2225 E Bayshore Road<br>Suite 210<br>Palo Alto, CA 94303<br>650-321-8579<br>Fax: 650-321-7929 |
| Defendant-Appellee YAHOO! Inc. | **Melinda S. Reichert**<br>Morgan Lewis & Bockius LLP<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 843-4000<br>Fax: (650) 843-4001<br>Melinda.riechert@morganlewis.com<br><br>**Amelia Louise Sanchez-Moran**<br>Morgan, Lewis & Bockius LLP<br>One Market Spear Street Tower<br>San Francisco, CA 94105<br>415-442-1000<br>Fax: 415-442-1001<br>Amelia.sanchez-moran@morganlewis.com |

| | |
|---|---|
| | Respectfully submitted, |
| Dated: April 5, 2018 | /s/ Hideaki Sano |
| | Hideaki Sano - SBN 248058 |
| | Salvatore Prescott & Porter, PLLC |
| | 105 E. Main Street |
| | Northville, MI 48167 |
| | (248) 679-8711 |
| | Fax: (248) 773-7280 |
| | sano@spplawyers.com |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDERSON and SCOTT ARD,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Deleware Corporation,<br><br>Defendant. | Case No. 16-cv-00527 NC<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 105 E. Main Street, Northville, MI 48167.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFF GREGORY ANDERSON'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT AND EXHIBIT A**

on the following parties by electronically filing the foregoing with the Clerk of the U.S. D.C. using its CM/ECF System, which electronically notifies them.

**Jon Richard Parsons**
Jon R. Parsons Law Firm
2225 E Bayshore Road
Suite 210
Palo Alto, CA 94303
650-321-8579
Fax: 650-321-7929
Jon@jrplaw.com

**Amelia Louise Sanchez-Moran**
Morgan, Lewis & Bockius LLP
One Market Spear Street Tower
San Francisco, CA 94105
415-442-1000
Fax: 415-442-1001
Amelia.sanchez-moran@morganlewis.com

**Melinda S. Reichert**
Morgan Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
(650) 843-4000
Fax: (650) 843-4001
Melinda.riechert@morganlewis.com

**Lyndsey Marie Marcelino**
Coblentz Patch Duffy & Bass
One Montgomery Street
Suite 3000
San Francsico, CA 94104
415-391-4800
Ef-lmm@cpdb.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2018.

/s/ Hidaeki Sano
Hideaki Sano
Attorney for Plaintiff Anderson

1

NOTICE OF APPEAL AND REPRESENTATION STATEMENT 16-CV-00527 NC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# EXHIBIT A

23
24
25
26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDERSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>YAHOO! INC.,<br><br>        Defendant. | Case No. 16-cv-00527 NC<br><br>**JUDGMENT** |

In accordance with the Court's November 8, 2017, order granting summary judgment as to plaintiff Anderson, judgment is entered in favor of defendant and against Anderson with respect to all claims asserted in the complaint.

The clerk is ordered to terminate case no. 16-cv-00527 NC.

**IT IS SO ORDERED.**

Dated: March 8, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-00527 NC